# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

LAURA LINARES CRUZ,

    Plaintiff,

v.                                             Case No.  4:21cv330-RH-MJF

SPRINT/UNITED
MANAGEMENT
CO., SPRINTCOM, INC., and
T-MOBILE USA, INC.,

    Defendants.

_____/

## JUDGMENT

The parties are ordered to comply with their settlement agreement. All claims in this case are voluntarily dismissed with prejudice. The court reserves jurisdiction to enforce the order to comply with the settlement agreement.

                                                JESSICA J. LYUBLANOVITS,

                                                CLERK OF COURT

January 20, 2022                 s/ Samantha Buckhalt
DATE                                        Deputy Clerk